# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PHOENIX LICENSING, L.L.C., an Arizona limited liability company, and LPL LICENSING, L.L.C., a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>AAA LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:13-cv-1081-JRG-RSP<br><br>**LEAD CASE** |
| PHOENIX LICENSING, L.L.C., an Arizona limited liability company, and LPL LICENSING, L.L.C., a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA FINANCIAL SAVINGS BANK, AND TOYOTA MOTOR SALES, U.S.A.<br><br>Defendants. | Case No. 2:13-cv-1098-JRG-RSP<br><br>**CONSOLIDATED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C. and Defendants Toyota Motor North America, Inc., Toyota Financial Savings Bank, and Toyota Motor Sales, U.S.A., Inc. (collectively, "Moving Parties") hereby notify the Court that all matters in controversy between the parties have been settled, and the parties respectfully request until November 26, 2014, to comply with the terms of the agreement. The Moving Parties will file a joint motion to dismiss upon compliance with those terms.

Dated:  October 10, 2014                                                  Respectfully submitted,


By: /s/ *Benjamin T. Wang*                                                By: /s/ *J. Thad Heartfield*
Benjamin T. Wang                                                          J. Thad Heartfield
Marc A. Fenster (CA SBN 181067)                                           State Bar No. 09346800
Benjamin T. Wang (CA SBN 228712)                                          THE HEARTFIELD LAW FIRM
RUSS AUGUST & KABAT                                                       2195 Dowlen Road
12424 Wilshire Boulevard, 12th Floor                                      Beaumont, Texas 77706
Los Angeles, California 90025                                             Telephone:  (409) 866-3318
Telephone: (310) 826-7474                                                 Facsimile:  (409) 866-5789
Facsimile: (310) 826-6991                                                 Email:  thad@heartfieldlawfirm.com
Email: mfenster@raklaw.com;
bwang@raklaw.com                                                          *Of Counsel*
                                                                          Jesse J. Jenner
*Attorneys for Plaintiffs*                                                Jesse.Jenner@ropesgray.com
PHOENIX LICENSING,
L.L.C. and LPL LICENSING, L.L.C.                                          Brian P. Biddinger
                                                                          Brian.Biddinger@ropesgray.com

                                                                          ROPES & GRAY LLP
                                                                          1211 Avenue of the Americas
                                                                          New York, New York 10036
                                                                          Telephone:  (212) 596-9000
                                                                          Facsimile:  (212) 596-9090

                                                                          *Attorneys for Defendants*
                                                                          TOYOTA MOTOR NORTH AMERICA, INC.,
                                                                          TOYOTA FINANCIAL SAVINGS BANK, and
                                                                          TOYOTA MOTOR SALES, U.S.A., INC.

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service, Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile, and/or U.S. First Class Mail.

                                      */s/ J. Thad Heartfield*
                                      J. Thad Heartfield
                                      State Bar No. 09346800