**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PHOENIX LICENSING, LLC, *et al.*, | 2:13-cv-1081 |
| Plaintiffs, | LEAD CASE |
| v. | |
| AAA LIFE INSURANCE COMPANY | |
| AMERICAN AIRLINES, INC. | 2:13-cv-1082 |
| AT&T MOBILITY, LLC, *et al.* | 2:13-cv-1083 |
| CARNIVAL CORPORATION & PLC, *et al.* | 2:13-cv-1084 |
| CHRYSLER GROUP LLC | 2:13-cv-1085 |
| DELL INC. | 2:13-cv-1086 |
| COMCAST CORPORATION, *et al.* | 2:13-cv-1087 |
| DELTA AIR LINES, INC. | 2:13-cv-1088 |
| DIRECTV, INC., *et al.* | 2:13-cv-1089 |
| GERBER LIFE INSURANCE COMPANY | 2:13-cv-1092 |
| GENERAL MOTORS LLC | 2:13-cv-1093 |
| ROYAL CARRIBEAN CRUISES, LTD. | 2:13-cv-1095 |
| SALLIE MAE, INC., *et al.* | 2:13-cv-1096 |
| SPRINT SPECTRUM, L.P. | 2:13-cv-1097 |
| UNITED AIRLINES, INC. | 2:13-cv-1099 |
| VERIZON COMMUNICATIONS, INC., *et al.* | 2:13-cv-1100 |
| WELLS FARGO & COMPANY, *et al.* | 2:13-cv-1101 |

## DEFENDANTS' NOTICE OF COMPLIANCE

Pursuant to Federal Rules of Civil Procedure 26(a)(1) and the Court's Revised Docket

Control Order  (Dkt. 228), Consolidated Defendants AAA Life Insurance Company; American

Airlines, Inc., AT&T Mobility LLC, AT&T Services, Inc., Carnival Corporation & PLC,

Princess Cruise Lines, Ltd., Chrysler Group LLC, Comcast Corporation, Comcast Cable

Communications LLC, Dell Inc., Delta Air Lines, Inc., DIRECTV, Inc., DIRECTV, LLC,

General Motors LLC, Gerber Life Insurance Company, Royal Caribbean Cruises, Ltd., Navient

Solutions, Inc., f/k/a/ Sallie Mae, Inc., UPromise, Inc., Sprint Spectrum L.P., United Airlines,

Inc., Verizon Communications Inc., Cellco Partnership d/b/a Verizon Wireless, Wells Fargo &

Company, Wells Fargo Bank, N.A., and Wells Fargo Insurance, Inc., (collectively,

"Consolidated Defendants") in the above-consolidated action hereby notify the Court that on

October 17, 2014, they served Plaintiffs' counsel with Defendants' Amended and Supplemental

Invalidity Contentions Pursuant to P.R. 3-3 via electronic mail and Secure File Transfer.

Respectfully submitted,

Dated:   October 20, 2014

*/s/ Mary ("Mindy") V. Sooter*
Mary ("Mindy") V. Sooter
**FAEGRE BAKER DANIELS LLP**
1470 Walnut Street, Suite 300
Boulder, CO 80302
Tel: (303) 447-7700

Natalie Hanlon-Leh
Anne J. Lee
natalie.hanlonleh@FaegreBD.com
mindy.sooter@FaegreBD.com
anne.lee@FaegreBD.com
**FAEGRE BAKER DANIELS LLP**
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203-4532
Phone: (303) 607-3500
Fax: (303) 607-3600

Elizabeth Cowan Wright
elizabeth.cowanwright@FaegreBD.com
**FAEGRE BAKER DANIELS LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: (612) 766-7000

2

Fax: (612) 766-1600

Deron Dacus
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX   75701
Phone: (903) 705-1117
Fax: (903) 705-1117

*Attorneys for Defendants Comcast Corporation*
*and Comcast Cable Communications, LLC*


*/s/ Matthew M. Jakubowski*
Matthew M. Jakubowski
mjakubowski@brookskushman.com
Mark A. Cantor
mcantor@brookskushman.com
Christopher C. Smith
csmith@brookskushman.com
**BROOKS KUSHMAN**
1000 Town Center, 22nd Floor
Southfield, MI 48075-1238
Tel: (248) 226-2762

*Attorneys for Defendant*
*AAA Life Insurance Company*


*/s/ Michael S. Connor*
Michael S. Connor
mike.connor@alston.com
Ross R. Barton
ross.barton@alston.com
**ALSTON & BIRD LLP**
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Tel: (704) 444-1000
Fax: (704) 444-1111

Keith E. Broyles
keith.broyles@alston.com
C. Suzanne Werner
suzanne.werner@alston.com

**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Tel: (404) 881-7000
Fax: (404) 881-7777

Dwayne C. Norton (Tex. Bar No. 24076139)
dwayne.norton@alston.com
**ALSTON & BIRD LLP**
2828 North Harwood Street, 18th Floor
Dallas, TX 75201-2139
Tel: (214) 922-3400
Fax: (214) 922-3899

*Attorneys For Defendants Wells Fargo Bank, N.A.,*
*Wells Fargo Insurance, Inc., United Airlines, Inc.,*
*Delta Air Lines, Inc., and American Airlines, Inc.*


*/s/ Brett C. Govett*
Brett C. Govett (Texas Bar No. 08235900)
brett.govett@nortonrosefulbright.com
**FULBRIGHT & JAWORSKI LLP**
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784
Tel: (214)855-8000
Fax: (214) 855-8200
Daniel S. Leventhal (Texas Bar No. 24050923)
daniel.leventhal@nortonrosefulbright.com

Daniel S. Leventhal (Texas Bar No. 24050923)
daniel.leventhal@nortonrosefulbright.com
**FULBRIGHT & JAWORSKI LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Tel: (713) 651-5151
Fax: (713) 651-5246

Eagle H. Robinson (Texas Bar No. 24065984)
eagle.robinson@nortonrosefulbright.com
**FULBRIGHT & JAWORSKI LLP**
98 San Jacinto Blvd., Suite 1100
Houston, TX 78701
Tel: (512) 474-5201
Fax: (512) 536-4598

4

*Attorneys For Defendants AT&T Mobility LLC
and AT&T Services, Inc.*

*/s/ Stuart R. Dunwoody*
Stuart R. Dunwoody
stuartdunwoody@dwt.com
Benjamin J. Byer
benbyer@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Tel: (206) 622-3150
Fax: (206) 757-7034

Jennifer Parker Ainsworth (Texas Bar No.
00784720)
jainsworth@wilsonlawfirm.com
**WILSON, ROBERTSON & CORNELIUS, P.C.**
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, TX 75701
Tel: (903) 509-5000
Fax: (903) 509-5092

*Attorneys for Defendant Carnival Corporation*

*/s/ Frank C. Cimino, Jr.*
Frank C. Cimino, Jr.
ciminof@dicksteinshapiro.com
Dipu A. Doshi
doshid@dicksteinshapiro.com
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 2006-5403
Tel: (202) 420-2604

Robert Bugg
BuggR@dicksteinshapiro.com
**DICKSTEIN SHAPIRO LLP**
1633 Broadway
New York, NY 10019-6708
Tel: (212) 277-6500

5

J. Thad Heartfield
thad@heartfieldlawfirm.com
**THE HEARTFIELD LAW FIRM**
2195 Dowlen Road
Beaumont, TX 77706
Tel: (409) 866-3318
Cell: (409) 782-2051

*Attorneys for Defendant Chrysler Group LLC*


*/s/ Roger Fulghum*
Roger Fulghum
roger.fulghum@bakerbotts.com
**BAKER BOTTS L.L.P.**
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
Tel: (713) 229-1234
Fax: (713) 229-1522

Kevin J. Meek
kevin.meek@bakerbotts.com
Paula D. Heyman
paula.heyman@bakerbotts.com
**BAKER BOTTS L.L.P.**
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701-4078
Tel: (512) 322-2500
Fax: (512) 229-2501

Deron R. Dacus
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel: (903) 705-1117
Fax: (903) 705-1117

*Attorneys For Defendant Dell Inc.*


*/s/ Kevin G. McBride*
Kevin G. McBride
kmcbride@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD**

**LLP**
4 Park Plaza
Suite 1900
Irvine, CA 92614
Tel: (949) 885-4200
Fax: (949) 885-4101

Kellie M. Johnson (Texas Bar No. 24070003)
kmjohnson@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD
LLP**
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
Tel: (214) 969-2800
Fax: (214)969-4343

*Attorneys for Defendants DIRECTV, Inc. And
DIRECTV, LLC*


/s/ Mark M. Supko
Mark M. Supko
msupko@crowell.com
**CROWELL MORING**
1001 Pennsylvania Avenue NW
Washington, DC 20004-2595
Tel: (202) 624-2734

Allen F. Gardner
allengardner@potterminton.com
Michael E. Jones
mikejones@potterminton.com
**POTTER MINTON**
110 N. College
Tyler, TX 75702
Tel: (903) 597-8311

*Attorneys for General Motors LLC*


/s/ Kendall J. Burr
Kendall J. Burr
kendall.burr@emhllp.com
**EDISON, MCDOWELL &
HETHERINGTON LLP**
Phoenix Tower

7

3200 Southwest Freeway, Suite 2100
Houston, TX 77027
Tel. (713) 337-8875

*Attorneys for Defendant Gerber Life Insurance Company*


*/s/ Jason T. Kunze*
Jason T. Kunze
jkunze@nixonpeabody.com
**NIXON PEABODY LLP**
300 S. Riverside Plaza, 16th Floor
Chicago, IL 60606-6613
Tel: (312) 425-3973

Jason C. Kravitz
jkravitz@nixonpeabody.com
**NIXON PEABODY LLP**
100 Summer Street
Boston, MA 02110-2131
Tel: (617) 345-1000

J. Thad Heartfield
thad@heartfieldlawfirm.com
**THE HEARTFIELD LAW FIRM**
2195 Dowlen Road
Beaumont, TX 77706
Tel: (409) 866-3318

*Attorneys for Defendant Royal Caribbean Cruises, Ltd.*


*/s/ William J. Robinson*
William J. Robinson (admitted pro hac vice)
Jean-Paul Ciardullo (admitted pro hac vice)
Justin M. Sobaje
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Tel:     213.972.4500
Fax:    213.486.0065
Email: wrobinson@foley.com
Email:  jciardullo@foley.com
Email:  jsobaje@foley.com

8

Clyde Siebman
**SIEBMAN, BURG, PHILLIPS & SMITH LLP**
113 East Austin Street
Marshall, TX 75671
Tel:     903.938.8900
Fax:     972.767.4620
email:  clydesiebman@siebman.com

*Attorneys for Defendants*
*Navient Solutions, Inc. (f/k/a Sallie Mae, Inc.) and*
*UPromise, Inc.*


*/s/ Stuart C. Clark*
Stuart C. Clark
clark@carrferrell.com
**CARR & FERRELL LLP**
120 Constitution Drive
Menlo Park, CA 94025
Tel: (650) 812-3400
Fax: (650) 812-3444

Jennifer Parker Ainsworth (Texas Bar No.
00784720)
jainsworth@wilsonlawfirm.com
**WILSON, ROBERTSON & CORNELIUS, P.C.**
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, TX 75701
Tel: (903) 509-5000
Fax: (903) 509-5092

*Attorneys for Defendant Princess Cruise Lines,*
*Ltd.*


*/s/ Michael J. Bettinger*
Michael J. Bettinger
Lead Attorney
California State Bar No. 122196
mike.bettinger@klgates.com
Irene Yang
California State Bar No. 245464
irene.yang@klgates.com
**K&L GATES LLP**

9

4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Ravinder S. Deol
Texas State Bar No. 24090073
ravi.deol@klgates.com
**K&L GATES LLP**
1717 Main St.
Suite 2800
Dallas, Texas 75201
214.939.5500
214.939.5849 Facsimile

Robert W. Weber
bweber@smithweber.com
**SMITH WEBER, L.L.P.**
5505 Plaza Drive
P.O. Box 6167
Texarcana, TX 75503
Tel: (903) 223-5656

*Attorneys for Defendant Sprint Spectrum L.P.*


*/s/ Ross R. Barton*
Michael S. Connor
mike.connor@alston.com
Ross R. Barton
ross.barton@alston.com
**ALSTON & BIRD LLP**
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Tel: (704) 444-1000
Fax: (704) 444-1111

Keith E. Broyles
keith.broyles@alston.com
C. Suzanne Werner
suzanne.werner@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Tel: (404) 881-7000

Fax: (404) 881-7777

Michael E. Jones (Texas Bar No. 10929400)
mikejones@potterminton.com
**POTTER MINTON, PC**
110 N. College, Suite 500
Tyler, TX 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

*Attorneys For Defendants Verizon*
*Communications Inc. and Cellco*
*Partnership d/b/a Verizon Wireless*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document, **DEFENDANTS' AMENDED AND SUPPLEMENTAL INVALIDITY CONTENTIONS PURSUANT TO P.R. 3-3**, were served via electronic mail and Secure File Transfer on October 17, 2014 upon Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C.'s counsel of record as indicated below.

Marc A. Fenster
Benjamin T. Wang
Russ August & Kabat
12424 Wilshire Boulevard
Suite 1200
Los Angeles, CA 90025
mafenster@raklaw.com
bwang@raklaw.com
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*s/ Margaret M. Zylstra*